**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARSHALL AMPLIFICATION PLC, | |
| Plaintiff, | Case No. 20-cv-7529 |
| v. | **Judge Joan B. Gottschall** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | **Magistrate Judge Susan E. Cox** |
| Defendants. | |

**<u>PRELIMINARY INJUNCTION ORDER</u>**

THIS CAUSE being before the Court on Plaintiff Marshall Amplification PLC's ("Plaintiff" or "Marshall") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Marshall's Motion for Entry of a Preliminary Injunction in its entirety against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (the "Seller Aliases").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of Marshall's federally registered

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

trademarks (the "MARSHALL Trademarks") to residents of Illinois.  A list of the MARSHALL

Trademarks is included in the below chart.

| Registration No. | Trademark |
|---|---|
| 936,514 | MARSHALL |
| 4,948,438 | MARSHALL |
| 4,934,493 | MARSHALL CODE |
| 5,075,584 | MARSHALL GATEWAY |
| 6,203,020 | MARSHALL ORIGIN |
| 4,072,861 | THE FATHER OF LOUD |
| 4,985,796 | ACTON |
| 4,853,095 | JCM |
| 4,733,714 | JTM |
| 5,238,898 | MID |
| 5,153,156 | MINOR |
| 5,854,021 | N-TEC |
| 6,121,187 | SHREDMASTER |
| 6,126,947 | SICKSENSE |
| 3,609,062 | STOMPWARE |
| 6,092,954 | TUFTON |
| 3,247,712 | |
| 5,056,633 | |
| 5,455,553 | |
| 3,940,239 | |
| 4,948,437 | |
| 4,303,941 | |

| Registration No. | Trademark |
|---|---|
| 4,929,992 | |
| 4,957,770 | |
| 4,545,745 | |
| 4,934,490 | |
| 3,896,296 | |
| 4,034,202 | |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Marshall's previously granted Motion for Entry of a Temporary Restraining Order establishes that Marshall

has demonstrated a likelihood of success on the merits; that no adequate remedy at law exists; and that Marshall will suffer irreparable harm if the injunction is not granted. Specifically, Marshall has proved a *prima facie* case of trademark infringement because (1) the MARSHALL Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the MARSHALL Trademarks, and (3) Defendants' use of the MARSHALL Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Marshall. Furthermore, Defendants' continued and unauthorized use of the MARSHALL Trademarks irreparably harms Marshall through diminished goodwill and brand confidence, damage to Marshall's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Marshall has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

 Accordingly, this Court orders that:

1.  Upon receipt of actual notice of this Order, the online marketplace platforms eBay, Inc. ("eBay"), AliExpress, Alibaba, Inc., Ant Financial Services Group ("Ant Financial"), and Alibaba Group Holding Ltd. (collectively, "AliExpress"), and PayPal, Inc. ("PayPal"), (altogether, the "Third Party Providers")[2] shall, within ten (10) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

  a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, and all associated e-mail addresses;

---

[2] Marshall sets forth these third-party names as examples of the third parties it believes may be providing services to Defendants. The Court makes no finding as to the actual involvement of any such named parties.

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of Third Party Providers.

2. The Third Party Providers, shall, within ten (10) business days of receipt of this Order:

a. locate all accounts and funds connected to Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Christine Wang, and any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

3. Marshall may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Christine Wang and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the

Complaint" that shall apply to all Defendants.  The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

4.      Schedule A to the Complaint [2], Exhibit 3 to the Declaration of Christine Wang [13], and the Temporary Restraining Order [20] are unsealed.

5.      Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

6.      Any Third Party Providers with actual notice of this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

7.      The $10,000 bond posted by Plaintiff shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

DATED:  January 20, 2021

_____/s/_____
Joan B. Gottschall
United States District Judge

6

**Marshall Amplification PLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-07529**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | 007 supermarket | 2 | 8055 sportswear Store |
| 3 | Ali88888888 suit Store | 4 | All department Store |
| 5 | avatone Store | 6 | BoBi Art Store |
| 7 | Boutique Men's Suits Store | 8 | Contact-Me Store |
| 9 | CY Tops Store | 10 | Dai Department Store |
| 11 | Daily Fantasy Store | 12 | Decor Town Store |
| 13 | DropShipping Global Store | 14 | DropShipping Global Store 2 |
| 15 | Dropshipping Music Store | 16 | EDEALER Store |
| 17 | Enjoythesprit Energetic Store | 18 | everso Clound Store |
| 19 | GHH19 Store | 20 | Global Factory Sales Store |
| 21 | Global Kpop Drop Shipping Store | 22 | good luck666 Store |
| 23 | Good Storage Store | 24 | GTT10 Store |
| 25 | GTT12 Store | 26 | Gymgogo Store |
| 27 | HAMPSON LANQE COOLMAN Store | 28 | Heyjude global Store |
| 29 | homefirst Store | 30 | Homywish Dropshipping Store |
| 31 | IF YOU | 32 | inspire Store |
| 33 | JEEY Jewel Store | 34 | JISIQIPODS Store |
| 35 | JIUZHE Store | 36 | Labrador Store |
| 37 | Lifestyle Decor Store | 38 | LINHAHA Store |
| 39 | livecustom Store | 40 | Llchy Store |
| 41 | Lmid Official Store | 42 | madeonline Store |
| 43 | magical dresss Store | 44 | Market Store |
| 45 | Marshmello Store | 46 | My Ali Store |
| 47 | My Favoritee Store | 48 | New light life Store |
| 49 | Parati Store | 50 | Phone Golden Store |
| 51 | Protect Personal healthy Store | 52 | Q Lover Art Store |
| 53 | qin qin Store | 54 | QZMUOU Shopping Store |
| 55 | Rocking Music Global Store | 56 | Russian brothers Store |
| 57 | S17 Store | 58 | Selection of Chinese products Store |
| 59 | Shop5024089 Store | 60 | Shop5062460 Store |
| 61 | Shop5594404 Store | 62 | Shop5597379 Store |
| 63 | Shop5601331 Store | 64 | Shop5603229 Store |
| 65 | Shop5636115 Store | 66 | Shop5682043 Store |
| 67 | Shop5692041 Store | 68 | Shop5739124 Store |
| 69 | Shop5741122 Store | 70 | Shop5780003 Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 71 | Shop5781940 Store | 72 | Shop5835264 Store |
| 73 | Shop5870437 Store | 74 | Shop5872386 Store |
| 75 | Shop910319057 Store | 76 | Shop910324380 Store |
| 77 | Shop910327186 Store | 78 | Shop910331314 Store |
| 79 | Shop910340158 Store | 80 | Shop910348149 Store |
| 81 | Shop910356391 Store | 82 | Shop910369375 Store |
| 83 | Shop910447202 Store | 84 | Shop910448116 Store |
| 85 | Shop910450053 Store | 86 | Shop910450118 Store |
| 87 | Shop910451131 Store | 88 | Shop910545330 Store |
| 89 | Shop910554333 Store | 90 | Shop910558427 Store |
| 91 | Shop910560261 Store | 92 | Shop910716144 Store |
| 93 | Shop910720061 Store | 94 | Shop910726052 Store |
| 95 | Shop910748119 Store | 96 | Shop910799018 Store |
| 97 | Shop910818002 Store | 98 | Shop910861007 Store |
| 99 | Shop910914005 Store | 100 | Shop910970017 Store |
| 101 | Shop911005042 Store | 102 | Shop911035032 Store |
| 103 | Shop911039135 Store | 104 | Shop911040089 Store |
| 105 | Shop911044104 Store | 106 | Shop911045136 Store |
| 107 | Shop911049138 Store | 108 | Shop911053070 Store |
| 109 | Shop911065175 Store | 110 | Shop911104018 Store |
| 111 | Shop911110173 Store | 112 | Shop911119156 Store |
| 113 | Shop911120225 Store | 114 | Shop911124263 Store |
| 115 | Shop911130198 Store | 116 | Shop911131143 Store |
| 117 | Shop911150004 Store | 118 | sixsixsix Store |
| 119 | Stereo Online Store | 120 | TIDYHOM Official Store |
| 121 | Trendy man Store | 122 | university store |
| 123 | wanghong2 Store | 124 | Warm House For Drop Shipping Store |
| 125 | Warm life Department Store | 126 | wenzhou Store |
| 127 | willstar 002 Store | 128 | womendwl Store |
| 129 | wy02 Store | 130 | XH Store |
| 131 | xiaozhao Store | 132 | YiBaoXin Store |
| 133 | yongcun NO01 Store | 134 | Your-Lovely Pets Supplies Store |
| 135 | dongxinch123 | 136 | erweishidaizi |
| 137 | forest888 | 138 | omegajbl1314 |
| 139 | pinzizhu668 | 140 | rainbe_7 |
| 141 | s.tar.t | 142 | seath19 |
| 143 | sjyinternational | 144 | starthere2011 |
| 145 | wigospel8 | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/804190 | 2 | aliexpress.com/store/910339209 |
| 3 | aliexpress.com/store/910459235 | 4 | aliexpress.com/store/910794028 |
| 5 | aliexpress.com/store/3523099 | 6 | aliexpress.com/store/5488216 |
| 7 | aliexpress.com/store/5793762 | 8 | aliexpress.com/store/910975035 |
| 9 | aliexpress.com/store/5591261 | 10 | aliexpress.com/store/900242204 |
| 11 | aliexpress.com/store/5889488 | 12 | aliexpress.com/store/910455122 |
| 13 | aliexpress.com/store/910544311 | 14 | aliexpress.com/item/1005001471341907.html |
| 15 | aliexpress.com/store/910443061 | 16 | aliexpress.com/store/4856022 |
| 17 | aliexpress.com/store/3857020 | 18 | aliexpress.com/store/4488029 |
| 19 | aliexpress.com/store/5872253 | 20 | aliexpress.com/store/5425173 |
| 21 | aliexpress.com/store/4434165 | 22 | aliexpress.com/store/910332266 |
| 23 | aliexpress.com/store/3671025 | 24 | aliexpress.com/store/5888289 |
| 25 | aliexpress.com/store/5873327 | 26 | aliexpress.com/store/2956072 |
| 27 | aliexpress.com/store/5733322 | 28 | aliexpress.com/store/910347346 |
| 29 | aliexpress.com/store/3143053 | 30 | aliexpress.com/store/5739210 |
| 31 | aliexpress.com/store/346865 | 32 | aliexpress.com/store/910359443 |
| 33 | aliexpress.com/store/900245061 | 34 | aliexpress.com/store/5384132 |
| 35 | aliexpress.com/store/5079233 | 36 | aliexpress.com/store/5429313 |
| 37 | aliexpress.com/store/4724003 | 38 | aliexpress.com/store/910988068 |
| 39 | aliexpress.com/store/910677010 | 40 | aliexpress.com/store/5593105 |
| 41 | aliexpress.com/store/507634 | 42 | aliexpress.com/store/831774 |
| 43 | aliexpress.com/store/910444223 | 44 | aliexpress.com/store/4488009 |
| 45 | aliexpress.com/store/1871431 | 46 | aliexpress.com/store/2882333 |
| 47 | aliexpress.com/store/910528004 | 48 | aliexpress.com/store/910729115 |
| 49 | aliexpress.com/store/5789800 | 50 | aliexpress.com/store/537459 |
| 51 | aliexpress.com/store/5703003 | 52 | aliexpress.com/store/5973064 |
| 53 | aliexpress.com/store/5744265 | 54 | aliexpress.com/store/2690004 |
| 55 | aliexpress.com/store/910357190 | 56 | aliexpress.com/store/911135013 |
| 57 | aliexpress.com/store/911038145 | 58 | aliexpress.com/store/900236183 |
| 59 | aliexpress.com/store/5024089 | 60 | aliexpress.com/store/5062460 |
| 61 | aliexpress.com/store/5594404 | 62 | aliexpress.com/store/5597379 |
| 63 | aliexpress.com/store/5601331 | 64 | aliexpress.com/store/5603229 |
| 65 | aliexpress.com/store/5636115 | 66 | aliexpress.com/store/5682043 |
| 67 | aliexpress.com/store/5692041 | 68 | aliexpress.com/store/5739124 |
| 69 | aliexpress.com/store/5741122 | 70 | aliexpress.com/store/5780003 |
| 71 | aliexpress.com/store/5781940 | 72 | aliexpress.com/store/5835264 |
| 73 | aliexpress.com/store/5870437 | 74 | aliexpress.com/store/5872386 |
| 75 | aliexpress.com/store/910319057 | 76 | aliexpress.com/store/910324380 |
| 77 | aliexpress.com/store/910327186 | 78 | aliexpress.com/store/910331314 |
| 79 | aliexpress.com/store/910340158 | 80 | aliexpress.com/store/910348149 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 81 | aliexpress.com/store/910356391 | 82 | aliexpress.com/store/910369375 |
| 83 | aliexpress.com/store/910447202 | 84 | aliexpress.com/store/910448116 |
| 85 | aliexpress.com/store/910450053 | 86 | aliexpress.com/store/910450118 |
| 87 | aliexpress.com/store/910451131 | 88 | aliexpress.com/store/910545330 |
| 89 | aliexpress.com/store/910554333 | 90 | aliexpress.com/store/910558427 |
| 91 | aliexpress.com/store/910560261 | 92 | aliexpress.com/store/910716144 |
| 93 | aliexpress.com/store/910720061 | 94 | aliexpress.com/store/910726052 |
| 95 | aliexpress.com/store/910748119 | 96 | aliexpress.com/store/910799018 |
| 97 | aliexpress.com/store/910818002 | 98 | aliexpress.com/store/910861007 |
| 99 | aliexpress.com/store/910914005 | 100 | aliexpress.com/store/910970017 |
| 101 | aliexpress.com/store/911005042 | 102 | aliexpress.com/store/911035032 |
| 103 | aliexpress.com/store/911039135 | 104 | aliexpress.com/store/911040089 |
| 105 | aliexpress.com/store/911044104 | 106 | aliexpress.com/store/911045136 |
| 107 | aliexpress.com/store/911049138 | 108 | aliexpress.com/store/911053070 |
| 109 | aliexpress.com/store/911065175 | 110 | aliexpress.com/store/911104018 |
| 111 | aliexpress.com/store/911110173 | 112 | aliexpress.com/store/911119156 |
| 113 | aliexpress.com/store/911120225 | 114 | aliexpress.com/store/911124263 |
| 115 | aliexpress.com/store/911130198 | 116 | aliexpress.com/store/911131143 |
| 117 | aliexpress.com/store/911150004 | 118 | aliexpress.com/store/5026100 |
| 119 | aliexpress.com/store/5614045 | 120 | aliexpress.com/store/1430054 |
| 121 | aliexpress.com/store/910973054 | 122 | aliexpress.com/store/1189807 |
| 123 | aliexpress.com/store/5719108 | 124 | aliexpress.com/store/5032030 |
| 125 | aliexpress.com/store/4418167 | 126 | aliexpress.com/store/5104008 |
| 127 | aliexpress.com/store/910325106 | 128 | aliexpress.com/store/5831164 |
| 129 | aliexpress.com/store/910338244 | 130 | aliexpress.com/store/911040040 |
| 131 | aliexpress.com/store/5879758 | 132 | aliexpress.com/store/412369 |
| 133 | aliexpress.com/store/910997024 | 134 | aliexpress.com/store/4619029 |
| 135 | ebay.com/usr/dongxinch123 | 136 | ebay.com/usr/erweishidaizi |
| 137 | ebay.com/usr/forest888 | 138 | ebay.com/usr/omegajbl1314 |
| 139 | ebay.com/usr/pinzizhu668 | 140 | ebay.com/usr/rainbe_7 |
| 141 | ebay.com/usr/s.tar.t | 142 | ebay.com/usr/seath19 |
| 143 | ebay.com/usr/sjinternational | 144 | ebay.com/usr/starthere*2011 |
| 145 | ebay.com/usr/wigospel8 | | |