**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARSHALL AMPLIFICATION PLC,<br><br>Plaintiff,<br><br>v.<br><br>007 SUPERMARKET, et al.,<br><br>Defendants. | Case No. 20-cv-07529<br><br>**Judge Joan B. Gottschall**<br><br>**Magistrate Judge Susan E. Cox** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Marshall Amplification PLC ("Plaintiff" or "Marshall") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A to the Complaint and attached hereto (collectively, the "Seller Aliases"), and Marshall having moved for entry of Default and Default Judgment against the Seller Aliases identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Marshall a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Marshall having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and, on information and belief, have sold products using infringing and counterfeit versions of the Marshall Trademarks to residents of Illinois, which are defined as follows:

| Registration No. | Trademark |
|---|---|
| 936,514 | MARSHALL |
| 4,948,438 | MARSHALL |
| 4,934,493 | MARSHALL CODE |
| 5,075,584 | MARSHALL GATEWAY |
| 6,203,020 | MARSHALL ORIGIN |
| 4,072,861 | THE FATHER OF LOUD |
| 4,985,796 | ACTON |
| 4,853,095 | JCM |
| 4,733,714 | JTM |
| 5,238,898 | MID |
| 5,153,156 | MINOR |
| 5,854,021 | N-TEC |
| 6,121,187 | SHREDMASTER |
| 6,126,947 | SICKSENSE |
| 3,609,062 | STOMPWARE |
| 6,092,954 | TUFTON |
| 3,247,712 | *Marshall* (stylized) |
| 5,056,633 | *Marshall* (stylized) |

| Registration No. | Trademark |
|---|---|
| 5,455,553 | Marshall |
| 3,940,239 | Marshall AMPLIFICATION |
| 4,948,437 | Marshall AMPLIFICATION |
| 4,303,941 | M |
| 4,929,992 | M |
| 4,957,770 | M |
| 4,545,745 | Jim Marshall |
| 4,934,490 | Jim Marshall |
| 3,896,296 | NATAL |

| Registration No. | Trademark |
|---|---|
| 4,034,202 | |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Marshall's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and other persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Marshall Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Marshall product or not authorized by Marshall to be sold in connection with the Marshall Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Marshall product or any other product produced by Marshall, that is not Marshall's or not produced under the authorization, control or supervision of Marshall and approved by Marshall for sale under the Marshall Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Marshall, or are sponsored by, approved by, or otherwise connected with Marshall;

    d. further infringing the Marshall Trademarks and damaging Marshall's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Marshall, nor authorized by Marshall to be sold or offered for sale, and which bear any of Marshall's trademarks, including the Marshall Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Pursuant to 15 U.S.C. § 1117(c)(2), Marshall is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit Marshall Trademarks on products sold through at least Defaulting Defendants' Online Marketplaces. The five hundred thousand dollar ($500,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

3. Marshall may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba Group Holding Ltd. ("Alibaba"), and Ant Financial Services Group ("Ant Financial"), by e-mail delivery to the e-mail addresses Marshall used to serve the Temporary Restraining Order on the Third Party Providers.

4. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Alipay, Alibaba, and Ant Financial, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting

      Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

5. All monies, up to the above identified statutory damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers, such as PayPal, Alipay, Alibaba, and Ant Financial, are hereby released to Marshall as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, and Ant Financial, are ordered to release to Marshall the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

6. The ten thousand dollar ($10,000) cash bond posted by Marshall, including any interest minus the registry fee, is hereby released to Marshall or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Marshall or its counsel by check made out to the Greer Burns & Crain IOLTA account.

This is a Final Judgment.

DATED: March 10, 2021

                                                             /s/
                                       Joan B. Gottschall
                                       United States District Judge

**Marshall Amplification PLC v. 007 supermarket, et al., - Case No. 20-cv-07529**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | 007 supermarket | 2 | 8055 sportswear Store |
| 3 | Ali88888888 suit Store | 4 | All department Store |
| 5 | avatone Store | 6 | BoBi Art Store |
| 7 | Boutique Men's Suits Store | 8 | Contact-Me Store |
| 9 | CY Tops Store | 10 | Dai Department Store |
| 11 | DISMISSED | 12 | Decor Town Store |
| 13 | DISMISSED | 14 | DropShipping Global Store 2 |
| 15 | Dropshipping Music Store | 16 | EDEALER Store |
| 17 | Enjoythesprit Energetic Store | 18 | everso Clound Store |
| 19 | GHH19 Store | 20 | Global Factory Sales Store |
| 21 | Global Kpop Drop Shipping Store | 22 | good luck666 Store |
| 23 | DISMISSED | 24 | GTT10 Store |
| 25 | GTT12 Store | 26 | Gymgogo Store |
| 27 | HAMPSON LANQE COOLMAN Store | 28 | Heyjude global Store |
| 29 | homefirst Store | 30 | Homywish Dropshipping Store |
| 31 | IF YOU | 32 | inspire Store |
| 33 | JEEY Jewel Store | 34 | JISIQIPODS Store |
| 35 | JIUZHE Store | 36 | Labrador Store |
| 37 | DISMISSED | 38 | LINHAHA Store |
| 39 | livecustom Store | 40 | Llchy Store |
| 41 | DISMISSED | 42 | DISMISSED |
| 43 | magical dresss Store | 44 | DISMISSED |
| 45 | Marshmello Store | 46 | My Ali Store |
| 47 | My Favoritee Store | 48 | New light life Store |
| 49 | Parati Store | 50 | DISMISSED |
| 51 | Protect Personal healthy Store | 52 | Q Lover Art Store |
| 53 | qin qin Store | 54 | QZMUOU Shopping Store |
| 55 | Rocking Music Global Store | 56 | Russian brothers Store |
| 57 | S17 Store | 58 | Selection of Chinese products Store |
| 59 | Shop5024089 Store | 60 | Shop5062460 Store |
| 61 | Shop5594404 Store | 62 | Shop5597379 Store |
| 63 | Shop5601331 Store | 64 | Shop5603229 Store |
| 65 | Shop5636115 Store | 66 | Shop5682043 Store |
| 67 | Shop5692041 Store | 68 | Shop5739124 Store |
| 69 | Shop5741122 Store | 70 | Shop5780003 Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 71 | DISMISSED | 72 | Shop5835264 Store |
| 73 | Shop5870437 Store | 74 | Shop5872386 Store |
| 75 | Shop910319057 Store | 76 | Shop910324380 Store |
| 77 | Shop910327186 Store | 78 | Shop910331314 Store |
| 79 | Shop910340158 Store | 80 | Shop910348149 Store |
| 81 | Shop910356391 Store | 82 | Shop910369375 Store |
| 83 | Shop910447202 Store | 84 | Shop910448116 Store |
| 85 | Shop910450053 Store | 86 | Shop910450118 Store |
| 87 | Shop910451131 Store | 88 | Shop910545330 Store |
| 89 | Shop910554333 Store | 90 | Shop910558427 Store |
| 91 | Shop910560261 Store | 92 | Shop910716144 Store |
| 93 | Shop910720061 Store | 94 | Shop910726052 Store |
| 95 | Shop910748119 Store | 96 | Shop910799018 Store |
| 97 | Shop910818002 Store | 98 | Shop910861007 Store |
| 99 | Shop910914005 Store | 100 | Shop910970017 Store |
| 101 | Shop911005042 Store | 102 | Shop911035032 Store |
| 103 | Shop911039135 Store | 104 | Shop911040089 Store |
| 105 | Shop911044104 Store | 106 | Shop911045136 Store |
| 107 | Shop911049138 Store | 108 | Shop911053070 Store |
| 109 | Shop911065175 Store | 110 | Shop911104018 Store |
| 111 | Shop911110173 Store | 112 | Shop911119156 Store |
| 113 | Shop911120225 Store | 114 | Shop911124263 Store |
| 115 | Shop911130198 Store | 116 | Shop911131143 Store |
| 117 | Shop911150004 Store | 118 | sixsixsix Store |
| 119 | Stereo Online Store | 120 | TIDYHOM Official Store |
| 121 | Trendy man Store | 122 | DISMISSED |
| 123 | wanghong2 Store | 124 | Warm House For Drop Shipping Store |
| 125 | DISMISSED | 126 | wenzhou Store |
| 127 | willstar 002 Store | 128 | womendwl Store |
| 129 | wy02 Store | 130 | XH Store |
| 131 | xiaozhao Store | 132 | YiBaoXin Store |
| 133 | yongcun NO01 Store | 134 | Your-Lovely Pets Supplies Store |
| 135 | dongxinch123 | 136 | erweishidaizi |
| 137 | DISMISSED | 138 | omegajbl1314 |
| 139 | pinzizhu668 | 140 | rainbe_7 |
| 141 | DISMISSED | 142 | seath19 |
| 143 | DISMISSED | 144 | DISMISSED |
| 145 | wigospel8 | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/804190 | 2 | aliexpress.com/store/910339209 |
| 3 | aliexpress.com/store/910459235 | 4 | aliexpress.com/store/910794028 |
| 5 | aliexpress.com/store/3523099 | 6 | aliexpress.com/store/5488216 |
| 7 | aliexpress.com/store/5793762 | 8 | aliexpress.com/store/910975035 |
| 9 | aliexpress.com/store/5591261 | 10 | aliexpress.com/store/900242204 |
| 11 | DISMISSED | 12 | aliexpress.com/store/910455122 |
| 13 | DISMISSED | 14 | aliexpress.com/item/1005001471341907.html |
| 15 | aliexpress.com/store/910443061 | 16 | aliexpress.com/store/4856022 |
| 17 | aliexpress.com/store/3857020 | 18 | aliexpress.com/store/4488029 |
| 19 | aliexpress.com/store/5872253 | 20 | aliexpress.com/store/5425173 |
| 21 | aliexpress.com/store/4434165 | 22 | aliexpress.com/store/910332266 |
| 23 | DISMISSED | 24 | aliexpress.com/store/5888289 |
| 25 | aliexpress.com/store/5873327 | 26 | aliexpress.com/store/2956072 |
| 27 | aliexpress.com/store/5733322 | 28 | aliexpress.com/store/910347346 |
| 29 | aliexpress.com/store/3143053 | 30 | aliexpress.com/store/5739210 |
| 31 | aliexpress.com/store/346865 | 32 | aliexpress.com/store/910359443 |
| 33 | aliexpress.com/store/900245061 | 34 | aliexpress.com/store/5384132 |
| 35 | aliexpress.com/store/5079233 | 36 | aliexpress.com/store/5429313 |
| 37 | DISMISSED | 38 | aliexpress.com/store/910988068 |
| 39 | aliexpress.com/store/910677010 | 40 | aliexpress.com/store/5593105 |
| 41 | DISMISSED | 42 | DISMISSED |
| 43 | aliexpress.com/store/910444223 | 44 | DISMISSED |
| 45 | aliexpress.com/store/1871431 | 46 | aliexpress.com/store/2882333 |
| 47 | aliexpress.com/store/910528004 | 48 | aliexpress.com/store/910729115 |
| 49 | aliexpress.com/store/5789800 | 50 | DISMISSED |
| 51 | aliexpress.com/store/5703003 | 52 | aliexpress.com/store/5973064 |
| 53 | aliexpress.com/store/5744265 | 54 | aliexpress.com/store/2690004 |
| 55 | aliexpress.com/store/910357190 | 56 | aliexpress.com/store/911135013 |
| 57 | aliexpress.com/store/911038145 | 58 | aliexpress.com/store/900236183 |
| 59 | aliexpress.com/store/5024089 | 60 | aliexpress.com/store/5062460 |
| 61 | aliexpress.com/store/5594404 | 62 | aliexpress.com/store/5597379 |
| 63 | aliexpress.com/store/5601331 | 64 | aliexpress.com/store/5603229 |
| 65 | aliexpress.com/store/5636115 | 66 | aliexpress.com/store/5682043 |
| 67 | aliexpress.com/store/5692041 | 68 | aliexpress.com/store/5739124 |
| 69 | aliexpress.com/store/5741122 | 70 | aliexpress.com/store/5780003 |
| 71 | DISMISSED | 72 | aliexpress.com/store/5835264 |
| 73 | aliexpress.com/store/5870437 | 74 | aliexpress.com/store/5872386 |
| 75 | aliexpress.com/store/910319057 | 76 | aliexpress.com/store/910324380 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 77 | aliexpress.com/store/910327186 | 78 | aliexpress.com/store/910331314 |
| 79 | aliexpress.com/store/910340158 | 80 | aliexpress.com/store/910348149 |
| 81 | aliexpress.com/store/910356391 | 82 | aliexpress.com/store/910369375 |
| 83 | aliexpress.com/store/910447202 | 84 | aliexpress.com/store/910448116 |
| 85 | aliexpress.com/store/910450053 | 86 | aliexpress.com/store/910450118 |
| 87 | aliexpress.com/store/910451131 | 88 | aliexpress.com/store/910545330 |
| 89 | aliexpress.com/store/910554333 | 90 | aliexpress.com/store/910558427 |
| 91 | aliexpress.com/store/910560261 | 92 | aliexpress.com/store/910716144 |
| 93 | aliexpress.com/store/910720061 | 94 | aliexpress.com/store/910726052 |
| 95 | aliexpress.com/store/910748119 | 96 | aliexpress.com/store/910799018 |
| 97 | aliexpress.com/store/910818002 | 98 | aliexpress.com/store/910861007 |
| 99 | aliexpress.com/store/910914005 | 100 | aliexpress.com/store/910970017 |
| 101 | aliexpress.com/store/911005042 | 102 | aliexpress.com/store/911035032 |
| 103 | aliexpress.com/store/911039135 | 104 | aliexpress.com/store/911040089 |
| 105 | aliexpress.com/store/911044104 | 106 | aliexpress.com/store/911045136 |
| 107 | aliexpress.com/store/911049138 | 108 | aliexpress.com/store/911053070 |
| 109 | aliexpress.com/store/911065175 | 110 | aliexpress.com/store/911104018 |
| 111 | aliexpress.com/store/911110173 | 112 | aliexpress.com/store/911119156 |
| 113 | aliexpress.com/store/911120225 | 114 | aliexpress.com/store/911124263 |
| 115 | aliexpress.com/store/911130198 | 116 | aliexpress.com/store/911131143 |
| 117 | aliexpress.com/store/911150004 | 118 | aliexpress.com/store/5026100 |
| 119 | aliexpress.com/store/5614045 | 120 | aliexpress.com/store/1430054 |
| 121 | aliexpress.com/store/910973054 | 122 | DISMISSED |
| 123 | aliexpress.com/store/5719108 | 124 | aliexpress.com/store/5032030 |
| 125 | DISMISSED | 126 | aliexpress.com/store/5104008 |
| 127 | aliexpress.com/store/910325106 | 128 | aliexpress.com/store/5831164 |
| 129 | aliexpress.com/store/910338244 | 130 | aliexpress.com/store/911040040 |
| 131 | aliexpress.com/store/5879758 | 132 | aliexpress.com/store/412369 |
| 133 | aliexpress.com/store/910997024 | 134 | aliexpress.com/store/4619029 |
| 135 | ebay.com/usr/dongxinch123 | 136 | ebay.com/usr/erweishidaizi |
| 137 | DISMISSED | 138 | ebay.com/usr/omegajbl1314 |
| 139 | ebay.com/usr/pinzizhu668 | 140 | ebay.com/usr/rainbe_7 |
| 141 | DISMISSED | 142 | ebay.com/usr/seath19 |
| 143 | DISMISSED | 144 | DISMISSED |
| 145 | ebay.com/usr/wigospel8 | | |